

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Francisco Abelardo Escobedo, Jr.,  * From the 35th District Court
of Brown County,
Trial Court No. CR26497.

Vs. No. 11-19-00323-CR  * October 16, 2020

The State of Texas,  * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.